**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE:**
Amtrak Train Derailment in Philadelphia, PA, on May 12, 2015
MDL No. 2654

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of my Notice of Appearance in this matter on behalf of Defendant National Railroad Passenger Corporation ("Amtrak") (NJ/3:15-cv-03792, NYE/1:15-cv-03137, NYS/1:15-cv-03861, NYS/1:15-cv-04068, NYS/1:15-cv-04255, NYS/1:15-cv-04791, PAE/2:15-cv-02694, PAE/2:15-cv-02741, PAE/2:15-cv-02744, PAE/2:15-cv-02762, PAE/2:15-cv-02845, PAE/2:15-cv-02849, PAE/2:15-cv-02861, PAE/2:15-cv-03143, PAE/2:15-cv-03259, PAE/2:15-cv-03342, PAE/2:15-cv-03346, PAE/2:15-cv-03478, PAE/2:15-cv-03495), filed of record on June 25, 2015, was served on counsel for Plaintiffs via e-mail on June 25, 2015, as follows:

Thomas N. Sweeney, Esq.
Messa & Associates, P.C.
123 South 22nd Street
Philadelphia, PA 19103
Attorneys for Plaintiffs Trevor and Eunju Beddoe

and

David Jaroslawicz, Esq.
Jaroslawicz & Jaros PLLC
225 Broadway, 24th Floor
New York, NY 10007
Attorneys for Plaintiffs Steffen and Dorota Seidler; Joyce John

and

Benedict P. Morelli, Esq.
David T. Sirotkin
Morelli Ratner, PLLC
777 Third Avenue, 31st Floor
New York, NY 10017
Attorneys for Plaintiffs Michael Walsh and Eli and Marisa Kulp

1

and

Slade H. McLaughlin, Esq.
McLaughlin & Lauricella, P.C.
One Commerce Square
2005 Market Street, Suite 2300
Philadelphia, PA 19103
Attorneys for Plaintiff Megan Piccirillo

and

Robert E. Myers, Esq.
Michael J. Olley, Esq.
Coffey Kaye Myers & Olley
Two Bala Plaza, Suite 718
Bala Cynwyd, PA 19004
Attorneys for Plaintiffs Bruce and Kalita Phillips and
William and Amy McCann

and

Charles A. Cerussi, Esq.
Cerussi & Gunn, P.C.
600C Broad Street
Shrewsbury, NJ 07702
Attorney for Plaintiff Bettylynn and James Pellett

and

Peter M. Villari, Esq.
Villari, Brandes & Giannone, P.C.
161 Washington Street, Suite 400
Conshohocken, PA 19428
Attorneys for Plaintiffs Leonard and Marissa Knobbs

and

Robert J. Mongeluzzi, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Attorneys for Plaintiffs Felicidad Redondo Iban, Daniel and
Nicole Armyn; Amy Miller, Maria Jesus Redondo Iban and Mariano
Ucero Estrades, Tom and Jen Stadnik; Samantha Pincus, Catherine
and James Greenman; and Martin Burke and Ann Moyer

and

Thomas R. Kline, Esq.
Kline & Specer, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Attorneys for Plaintiffs Blair Berman,
Geralyn and Jonathan Ritter

and

Evan K. Aidman, Esq.
822 Montgomery Avenue, Suite 210
Narberth, PA 19072
Attorney for Plaintiffs Mark and Nicola Tulk

and

Philip Russotti, Esq.
Wingate, Russotti, Shapiro & Halperin, LLP
420 Lexington Avenue, Suite 2750
New York, NY 10170
Attorney for Plaintiffs Polina Shevchuk, Lyudmila Shevchuk and
Petro Shevchuk

and

Michael B. Leh, Esq.
Locks Law Firm
601 Walnut Street, Suite 720 East
Philadelphia, PA 19102
Attorney for Plaintiff Karen Gasper

and

Kenneth M. Rothweiler, Esq.
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Attorneys for Plaintiffs Declan MacFarland and Kathryn Varnum

and

Matthew A. Casey, Esq.
Ross Feller Casey, LLP

One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Attorneys for Louisa Ziglar

*Mark S. Landman*
Mark S. Landman, Esq.
Landman Corsi Ballaine & Ford P.C.
Attorneys for Defendant National Railroad Passenger Corporation ("Amtrak")

Dated: June 26, 2015