## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:**
Amtrak Train Derailment in Philadelphia, PA, on May 12, 2015
MDL No. 2654

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the Notice of Appearance on July 31, 2015 by Defendant Brandon Bostian (MD/1:15-cv-01925, NJ/3:15-cv-03792, NYE/1:15-cv-03137, NYE/1:15-cv-03765, NYS/1:15-cv-03861, NYS/1:15-cv-04068, NYS/1:15-cv-04255, NYS/1:15-cv-04791, PAE/2:15-cv-02694, PAE/2:15-cv-02741, PAE/2:15-cv-02744, PAE/2:15-cv-02762, PAE/2:15-cv-02845, PAE/2:15-cv-02849, PAE/2:15-cv-02861, PAE/2:15-cv-03143, PAE/2:15-cv-03259, PAE/2:15-cv-03342, PAE/2:15-cv-03346, PAE/2:15-cv-03478, PAE/2:15-cv-03495, PAE/2:15-cv-03557, PAE/2:15-cv-03577, PAE/2:15-cv-3620, PAE/2:15-cv-03626), was served on the following counsel for Plaintiffs by ECF notification on July 31, 2015:

Thomas N. Sweeney, Esq.
Messa & Associates, P.C.
123 South 22nd Street
Philadelphia, PA 19103
Attorneys for Plaintiffs Trevor and Eunju Beddoe

and

David Jaroslawicz, Esq.
Jaroslawicz & Jaros PLLC
225 Broadway, 24th Floor
New York, NY 10007
Attorneys for Plaintiffs Steffen and Dorota Seidler, and Joyce John and Foster John

and

Benedict P. Morelli, Esq.
David T. Sirotkin
Morelli Ratner, PLLC
777 Third Avenue, 31st Floor
New York, NY 10017
Attorneys for Plaintiffs Michael Walsh, and Eli and Marisa Kulp

and

Slade H. McLaughlin, Esq.
McLaughlin & Lauricella, P.C.
One Commerce Square

2005 Market Street, Suite 2300
Philadelphia, PA 19103
Attorneys for Plaintiff Megan Piccirillo

and

Robert E. Myers, Esq.
Michael J. Olley, Esq.
Coffey Kaye Myers & Olley
Two Bala Plaza, Suite 718
Bala Cynwyd, PA 19004
Attorneys for Plaintiffs Bruce and Kalita Phillips, and
William and Amy McCann

and

Charles A. Cerussi, Esq.
Cerussi & Gunn, P.C.
600C Broad Street
Shrewsbury, NJ 07702
Attorneys for Plaintiff Bettylynn and James Pellett

and

Peter M. Villari, Esq.
Villari, Brandes & Giannone, P.C.
161 Washington Street, Suite 400
Conshohocken, PA 19428
Attorneys for Plaintiffs Leonard and Marissa Knobbs

and

Robert J. Mongeluzzi, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Attorneys for Plaintiffs Felicidad Redondo Iban,
Daniel and Nicole Armyn, Amy Miller, Maria Jesus Redondo Iban
and Mariano Ucero Estrades, Tom and Jen Stadnik, Samantha Pincus,
Catherine and James Greenman, and Martin Burke and Ann Moyer

and

Thomas R. Kline, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor

Philadelphia, PA 19102
Attorneys for Plaintiffs Blair Berman, and
Geralyn and Jonathan Ritter, and Danna Gildersleeve

and

Evan K. Aidman, Esq.
822 Montgomery Avenue, Suite 210
Narberth, PA 19072
Attorneys for Plaintiffs Mark and Nicola Tulk

and

Philip Russotti, Esq.
Wingate, Russotti, Shapiro & Halperin, LLP
420 Lexington Avenue, Suite 2750
New York, NY 10170
Attorneys for Plaintiffs Polina Shevchuk,
Lyudmila Shevchuk and Petro Shevchuk

and

Michael B. Leh, Esq.
Locks Law Firm
601 Walnut Street, Suite 720 East
Philadelphia, PA 19102
Attorneys for Plaintiff Karen Gasper

and

Kenneth M. Rothweiler, Esq.
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Attorneys for Plaintiffs Declan MacFarland and Kathryn Varnum

and

Matthew A. Casey, Esq.
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Attorneys for Plaintiff Louisa Ziglar

and

Jeffrey I. Zimmerman, Esq.
Rovner, Allen, Rovner, Zimmerman & Kats
175 Bustleton Pike
Feasterville, PA 19053-6456
zimgadol@aol.com
Attorneys for Plaintiffs Derrick and Laprenda Caesar

and

Harris L. Pogust, Esq.
Pogust Braslow & Millrood, LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428
hpogust@pbmattorneys.com
Attorneys for Plaintiffs Martin Doerler and Reshard Riggins

and

Theodore M. Schaer, Esq.
Zarwin Baum DeVito Kaplan Schaer & Toddy, P.C.
1818 Market Street, 13th Floor
Philadelphia, PA 19103
tmschaer@zarwin.com
Attorneys for Plaintiff Jacqueline Mercita Gaines

and

John Ritchie Solter, Jr., Esq.
Azrael Franz Schwab and Lipowitz, LLC
101 East Chesapeake Avenue, 5th Floor
Baltimore, MD 21286
jsolter@azraelfranz.com
Attorneys for Plaintiffs Jae-Yeon Kim and Sangyoon Nathan Park

and

D. Carl Lustig, III, Esq.
Arye, Lustig & Sassower, P.C.
20 Vesey Street, Suite 1010
New York, NY 10007
lustig@als-lawyers.com
Attorneys for Plaintiff Tiffany M. Nixon

/s/ Mark S. Landman
Mark S. Landman, Esq.
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271
Attorneys for Defendant National Railroad Passenger Corporation ("Amtrak")

Dated: July 31, 2015