**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

In re Amtrak Train Derailment in
Philadelphia, PA, on May 12, 2015      MDL DOCKET NO. 2654

## PROOF OF SERVICE

In compliance with Rule 4.1 (a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I certify that a copy of the foregoing was served upon the following counsel by the Panel's notice of electronic filing through the CM/ECF system, and also was served on such counsel via email:

**Defendant National Railroad Passenger Corp.:**

Yuri J. Brunetti, Esq.
John A. Bonventre, Esq.
Landman Corsi Ballaine & Ford, P.C.
One Penn center
1627 John F. Kennedy Blvd, Suite 955
Philadelphia, PA 19103
ybrunetti@lcbf.com
jbonventre@lcbf.com
*Counsel for the National Railroad Passenger Corp.*

**Defendant Brandon Bostian:**

Mark S. Landman, Esq.
Landman, Corsi, Ballaine & Ford
Phone: 212.238.4800
mlandman@lcbf.com
*Counsel for Defendant Brandon Bostian*

**Movants in *Berman v. National Railroad Passenger Corp.*, No. 2:15-cv-02741-LDD (E.D.Pa.); *Iban v. National Railroad Passenger Corp.*, No. 2:15-cv-02744-LDD (E.D.Pa.); *Phillips v. National Railroad Passenger Corp.*, No. 2:15-cv-02694-LDD (E.D.Pa.);**

Eric D. Gill, Esq.
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Eric.gill@usdoj.gov
*Counsel for the National Transportation Safety Board and*
*Federal Railroad Administration*

**District of Columbia**

**Plaintiffs in *Levine v. National Railroad Passenger Corp.,* No. 1:15-cv-01168-JDB (D.D.C):**

Patrick A. Malone
Patrick Malone & Associates
1111 16th Street, NW
Suite 400
Washington, DC 20036
(202) 742-1500
Fax: (202) 742-1515
pmalone@patrickmalonelaw.com

**District of Maryland**

**Plaintiffs in *Kim, et al., v. National Railroad Passenger Corp*., No. 1:15-cv-01925-MJG (D.Md.):**

John Ritchie Solter, Jr., Esq.
Keith S. Franz, Esq.
Azrael Franz Schwab and Lipowitz, LLC
101 E. Chesapeake Avenue, Fifth Fl.
Baltimore, MD 21286
410-821-6800
Fax: 410-821-1265
jsolter@azraelfranz.com
kfranz@azraelfranz.com

**Plaintiffs in *Gilani v. National Railroad Passenger Corp*., No. 8:15-cv-02088-PWG (D.Md):**

Gerard E. Mitchell, Esq.
Richard A. Bussey, Esq.
Denis C. Mitchell, Esq.
Stein Mitchell Muse Cipollone & Beato LLP
1100 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
gemitchell@steinmitchell.com
rbussey@steinmitchell.com
dmitchell@steinmitchell.com

**Plaintiffs in *Pierre v. National Railroad Passenger Corp*., No. 1:15-cv-02091-PWG (D.Md):**

Gerard E. Mitchell, Esq.
Richard A. Bussey, Esq.
Denis C. Mitchell, Esq.
Stein Mitchell Muse Cipollone & Beato LLP
1100 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
gemitchell@steinmitchell.com
rbussey@steinmitchell.com
dmitchell@steinmitchell.com

**Plaintiffs in *Witham v. National Railroad Passenger Corp.*, No. 1:15-cv-02092-MJG (D.Md):**

John Ritchie Solter, Jr., Esq.
Keith S. Franz, Esq.
Azrael Franz Schwab and Lipowitz, LLC
101 E. Chesapeake Avenue, Fifth Fl.
Baltimore, MD  21286
410-821-6800
Fax: 410-821-1265
jsolter@azraelfranz.com
kfranz@azraelfranz.com


**District of New Jersey**

**Plaintiffs in *Pellett v. National Railroad Passenger Corp*., No. 3:15-cv-03792-MAS-TJB (D.N.J.):**

Charles A. Cerussi, Esq.
Jaclyn Ann Gannon, Esq.
Cerussi & Gunn, P.C.
600C Broad Street
Shrewsbury, New Jersey 07702
732-936-9920
ccerussi@cerussilawfirm.com
jgannon@cerussilawfirm.com


**Plaintiff in *Ritrivi v. National Railroad Passenger Corp.*, No. 2:15-cv-05325-KM-JBC (D.N.J):**

Howard S. Hershenhorn, Esq.
Gair Gair Conason Steigman Mackauf Bloom & Rubinowitz
One Gateway Center
Suite 2600
Newark, NJ 07102
973-943-1090
hsh@gairgair.com


**Plaintiffs in *Kessler v. National Railroad Passenger Corp.*, No. 2:15-cv-05507-SDW-SCM (D.N.J):**

Bruce H. Nagel, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400
bnagel@nagelrice.com


**Plaintiffs in *Garland, et al v. National Railroad Passenger Corp., * No. 3:15-cv-06138-MAS-LHG (D.N.J.):**

Robert Francis Gold, Esq.
Gold, Albanese & Barletti, Esqs.
48 South Street
Morristown, NJ 07960

973-326-9099
rfg@goldandalbanese.com

**Plaintiffs in *Alpert, et al v. National Railroad Passenger Corp.*, No. 2:15-cv-06214-SDW-SCM (D.N.J):**

Bruce H. Nagel, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400
bnagel@nagelrice.com

**Eastern District of New York**

**Plaintiffs in *Shevchuk v. National Railroad Passenger Corp.*, No. 1:15-cv-15-3137-SJ-SMG (E.D.N.Y.):**

Philip Russotti, Esq.
Jason M. Rubin, Esq.
Wingate, Russotti, Shapiro & Halperin
420 Lexington Avenue, Suite 2750
New York, NY 10170
212-986-7353
prussotti@wrslaw.com
jrubin@wrslaw.com

**Plaintiffs in *Nixon v. National Railroad Passenger Corp.*, No. 1:15-cv-03765 (E.D.N.Y.):**

D. Carl Lustig, Esq.
Arye, Lustig & Sassower, P.C.
20 Vesey Street, Suite 1010
New York, NY 10007
212-732-4992
lustig@als-lawyers.com

**Plaintiffs in *Imperato v. National Railroad Passenger Corp., No.* 2:15-cv-04877-LDW-AYS (E.D.N.Y.):**

Sean K. Kerley, Esq.
Sullivan Papain Block McGrath & Cannavo P.C.
120 Broadway 18th Floor
New York, NY 10271
212-732-9000
skerley@triallaw1.com

**Plaintiffs in *Mombelli v. National Railroad Passenger Corp., No.* 1:15-cv-05096-RJD E.D.N.Y.):**

Lisa King, Esq.
Cellino & Barnes, P.C.
600 Old Country Road
Suite 500
Garden City, NY 11530
lisa.king@cellinoandbarnes.com

**Southern District of New York**

**Plaintiffs in** *Walsh v. National Railroad Passenger Corp*.**, No. 15-03861 (S.D.N.Y.):**

Benedict P. Morelli, Esq.
David S. Ratner, Esq.
David T. Sirotkin, Esq.
Morelli Alters Ratner, P.C.
777 Third Avenue, 31st Fl.
New York, NY  10017
212- 751-9800
Fax:  212-751-0046
bmorelli@morellilaw.com
dratner@morellilaw.com
dsirotkin@morellilaw.com

**Plaintiffs in** *Seidler v. National Railroad Passenger Corp*.**, No. 15-04068 (S.D.N.Y.):**

David Jaroslawicz, Esq.
Jaroslawicz & Jaros, LLC
225 Boardway, Suite 2410
New York, NY  10007
212-227-2780
Fax: 212-227-5090
dj@lawjaros.com

**Plaintiffs in** *John v. National Railroad Passenger Corp*.**, No. 15-04255 (S.D.N.Y.):**

David Jaroslawicz, Esq.
Jaroslawicz & Jaros, LLC
225 Boardway, Suite 2410
New York, NY  10007
212-227-2780
Fax: 212-227-5090
 dj@lawjaros.com


**Plaintiffs in** *Kulp v. National Railroad Passenger Corp*.**, No. 1:15-04791 (S.D.N.Y.):**

Benedict P. Morelli, Esq.
David S. Ratner, Esq.
David T. Sirotkin, Esq.
Morelli Alters Ratner, P.C.
777 Third Avenue, 31st Fl.
New York, NY  10017
212- 751-9800
Fax:  212-751-0046
bmorelli@morelaw.com
dratner@morellilaw.com
dsirotkin@morellilaw.com

**Plaintiffs in *Lee, et al v. National Railroad Passenger Corp.*, No. 1:15-cv-05265-LAP (S.D.N.Y.):**

Jerome I. Katz, Esq.
Gair, Gair, Conason, Steigman, Mackauf, Bloom & Rubinowitz
80 Pine Street
34th Floor
New York, New York 10005
212-943-1090
Jik@gairgair.com


**Plaintiffs in *Abessolo v. National Railroad Passenger Corp.*, No. 1:15-cv-05270-LAP (S.D.N.Y.):**

John E. Lavelle, Esq.
38 Willis Avenue
Mineola, NY 11501
(516)-739-8111
johnelavelleesq@gmail.com


**Plaintiffs in *Shah v. National Railroad Passenger Corp.*, No. 1:15-cv-05402 (S.D.N.Y.)*:***

Andrew Joseph Maloney
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017
212-973-3438
Fax: 212-972-9432
amaloney@kreindler.com


**Plaintiff in *Jaffrey v. National Railroad Passenger Corp*., No. 1:15-cv-05406-NRB (S.D.N.Y.):**

Andrew Joseph Maloney
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017
212-973-3438
Fax: 212-972-9432
amaloney@kreindler.com


**Plaintiffs in *Thadhani v National Railroad Passenger Corp.*, No. 1:15-cv-05416 (S.D.N.Y.):**

Andrew Joseph Maloney
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017
212-973-3438
Fax: 212-972-9432
amaloney@kreindler.com

**Plaintiff in *Comer et al v. National Railroad Passenger Corp.*, 1:15-cv-06222-VEC (S.D.N.Y.):**

Howard S. Hershenhorn, Esq.
Gair,Gair,Conason,Steigman,MacKauf,Bloon & Rubinowitz
80 Pine Street
New York, NY 10005
(212) 943-1090
Fax: (212)-425-7513
hsh@gairgair.com


**Plaintiff in Darryus, *et al v. National Railroad Passenger Corp.,* 1:15-cv-06264-LAP (S.D.N.Y.):**

Christopher F. Holbrook
Schwartzapfel Partners, P.C.
300 Jericho Quadrangle, Suite 180
Jericho, NY 11753
(516) 342-2200
cholbrook@fightingforyou.com


**Plaintiff in *Radice v. National Railroad Passenger Corp.*, 1:15-cv-06282-LTS (S.D.N.Y.):**

David S. Ratner, Esq.
Morelli Alters Ratner, LLP
777 Third Avenue, 31st Floor
New York, NY 10017
212-751-9800
dratner@morellilaw.com

David T. Sirotkin, Esq.
Morelli Alters Ratner, P.C.
777 Third Avenue, 31st fl.
New York, NY 10017
212-751-9800
dsirotkin@morellilaw.com

Benedict P. Morelli, Esq.
Morelli Ratner Law Firm, PLLC
777 Third Avenue, 31st Floor
New York, NY 10017
(212) 751-9800
bmorelli@morellilaw.com


**Plaintiffs in *Floyd v. National Railroad Passenger Corp.*, 1:15-cv-06724-GBD (S.D.N.Y.):**

Jonathan Ryan Bell, Esq.
Law Office of Jonathan Bell
100 Quentin Roosevelt Blvd #208,
Garden City, NY 11530
(212)-594-6656
jbellesq@yahoo.com

**Plaintiffs in *Ardu v. National Railroad Passenger Corp.*, 1:15-cv-07137-KPF (S.D.N.Y.):**

Raquel Joy Greenberg, Esq.
Law Offices of Alan M. Greenberg,
P.C. 370 Lexington Avenue Suite 801
New York, NY 10025
(212)-972-5656
raquel@lawgreenberg.com


**Eastern District of Pennsylvania**

**Plaintiffs in *Phillips v. National Railroad Passenger Corp*., No. 2:15-cv-02694-LDD (E.D.Pa.):**

Michael J. Olley, Esq.
Robert E. Myers, Esq.
Lawrence A. Katz, Esq.
Coffey Kaye Myers & Olley
Two Bala Plaza, Suite 718
Bala Cynwyd, Pa 19004
610-668-9800
Fax: 610-667-3352
mikeolley@comcast.net
rmyers@ckmo.com
lakatzesq@aol.com


**Plaintiffs in *Berman v. National Railroad Passenger Corp*., No. 2:15-cv-02741-LDD (E.D.Pa.):**

Thomas R. Kline, Esq.
Charles L. Becker, Esq.
Patrick J. Fitzgerald, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Phone: 215-772-1000
tom.kline@klinespecter.com
charles.becker@klinespecter.com
patrick.fitzgerald@klinespecter.com


**Plaintiffs in *Iban v. National Railroad Passenger Corp*., No. 2:15-cv-02744-LDD (E.D.Pa.):**

Robert J. Mongeluzzi, Esq.
Larry Bendesky, Esq.
Andrew R. Duffy, Esq.
Adam J. Pantano, Esq.
Jeffrey P. Goodman, Esq.
Robert W. Zimmerman, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
1650 Market Street
One Liberty Place, 52nd Floor

Philadelphia, PA 19103
215-496-8282
rjmongeluzzi@smbb.com
lbendesky@smbb.com
aduffy@smbb.com
ajpantano@smbb.com
jgoodman@smbb.com
rzimmerman@smbb.com

**Plaintiffs in *Piccirillo v. National Railroad Passenger Corp*., No. 2:15-cv-02762-LDD (E.D.Pa.):**

Slade H. Mclaughlin, Esq.
Mclaughlin & Lauricella Pc
One Commerce Square
2005 Market St Ste 2300
Philadelphia, Pa 19103
215-568-1510
smclaughlin@ml-law.net

**Plaintiffs in *Knobbs v. National Railroad Passenger Corp*., No. 2:15-cv-02845-LDD (E.D.Pa.):**

Peter M. Villari, Esq.
Paul D. Brandes, Esq.
Villari, Brandes & Giannone, P.C.
161 Washington Street
8 Tower Bridge, 4th Floor
Conshohocken, Pa 19428
610-729-2900
Fax: 610-729-2910
pvillari@villarilaw.com
pbrandes@villarilaw.com

**Plaintiffs in *Tulk v. National Railroad Passenger Corp*., No. 2:15-cv-02849-LDD (E.D.Pa.):**

Evan K. Aidman, Esq.
Evan K. Aidman Law Offices
822 Montgomery Ave Suite 210
Narberth, Pa 19072
610-642-7676
legalaidman@verizon.net

**Plaintiffs in *Beddoe v. National Railroad Passenger Corp*., No. 2:15-cv-02861-LDD (E.D.Pa.):**

Thomas N. Sweeney, Esq.
Messa & Associates
123 South 22nd Street
Philadelphia, Pa 19103
215-568-3500

Fax: 215-568-2501
tsweeney@messalaw.com

**Plaintiffs in** *Gasper v. National Railroad Passenger Corp*.**, No. 2:15-cv-03143-LDD (E.D.Pa.):**

Michael B. Leh, Esq.
Locks Law Firm
601 Walnut St Ste 720 East
Philadelphia, Pa 19106
215-893-3410
Fax: 215-893-3444
mleh@lockslaw.com

**Plaintiffs** *in McCann v. National Railroad Passenger Corp., No. 2:15-cv-03259-LDD* **(E.D.Pa.):**

Robert E. Myers, Esq.
Coffey & Kaye
Two Bala Plaza
Suite 718
City Avenue & Decker Blvd.
Bala Cynwyd, Pa 19004
610-668-9800
Fax: 610-667-3352
rmyers@ckmo.com

**Plaintiffs in** *MacFarland v. National Railroad Passenger Corp*.**, No. 2:15-cv-03342-LDD (E.D.Pa.):**

Kenneth M. Rothweiler, Esq.
Fredric S. Eisenberg, Esq.
Todd A. Schoenhaus, Esq.
Eisenberg Rothweiler Winkler Eisenberg & Jeck, P.C.,
1634 Spruce St.
Philadelphia, PA  19103
(215) 546-6636
ken@erlegal.com
fred@erlegal.com
todd@erlegal.com

**Plaintiffs** *in Ziglar v. National Railroad Passenger Corp., No*. **2:15-cv-03346-LDD (E.D.Pa.):**

Matthew A. Casey, Esq.
Iddo Harel, Esq.
Ross Feller Casey LLP
One Liberty Place
1650 Market Street, Suite 340
Philadelphia, PA 19103
215-574-2000
Fax: 215-574-3080
mattcasey@rossfellercasey.com
iharel@rossfellercasey.com

**Plaintiffs in *Ritter v. National Railroad Passenger Corp.*, No. 2:15-cv-03478-LDD (E.D.Pa.):**

Thomas R. Kline, Esq.
Charles L. Becker, Esq.
Patrick J. Fitzgerald, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Phone: 215-772-1000
tom.kline@klinespecter.com
charles.becker@klinespecter.com
patrick.fitzgerald@klinespecter.com


**Plaintiffs in *Stadnik v. National Railroad Passenger Corp.*, *No.* 2:15-cv-3495-LDD (E.D.Pa.):**

Robert J. Mongeluzzi, Esq.
Larry Bendesky, Esq.
Andrew R. Duffy, Esq.
Adam J. Pantano, Esq.
Jeffrey P. Goodman, Esq.
Robert W. Zimmerman, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103
215-496-8282
rjmongeluzzi@smbb.com
lbendesky@smbb.com
aduffy@smbb.com
ajpantano@smbb.com
jgoodman@smbb.com
rzimmerman@smbb.com


**Plaintiffs *in Caesar, et al v. National Railroad Passenger Corp.,* 2:15-cv-03557-LDD (E.D.Pa.):**

Jeffery I. Zimmerman, Esq.
Rovner, Allen, Rovner, Zimmerman & Kats
175 Bustleton Pike
Feasterville, PA  19053-6456
zimgadol@aol.com


**Plaintiff*s in Doerler, et al v. National Railroad Passenger Corp.*, 2:15-cv-03577-LDD (E.D.Pa.):**

Harris L. Pogust, Esq.
Pogust & Braslow LLC.
161 Washington St., Suite 1520
Conshohocken, PA  19428
hpogust@pbmattorneys.com

**Plaintiffs in *Gaines, et al v. National Railroad Passenger Corp.*, 2:15-cv-03620-LDD (E.D.Pa):**

Theodore M. Schaer, Esq.
Zarwin Baum Devito Kaplan
Schaer & Toddy, P.C.
1818 Market Street, 13th floor
Philadelphia, PA 19103
tmschaer@zarwin.com


**Plaintiffs in *Gildersleeve, et al v. National Railroad Passenger Corp*., No. 2:15-cv-03626-LDD (E.D.Pa):**

Thomas R. Kline, Esq.
Charles L. Becker, Esq.
Patrick J. Fitzgerald, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Phone: 215-772-1000
tom.kline@klinespecter.com
charles.becker@klinespecter.com
patrick.fitzgerald@klinespecter.com


**Plaintiffs in *Madsen v. National Railroad Passenger Corp*., No. 2:15-cv-03735-LDD (E.D.Pa.):**

Marc P. Weingarten, Esq.
Locks Law Firm
601 Walnut St Ste 720 East
Philadelphia, Pa 19106
215-893-3410
Fax: 215-893-3444
mweingarten@lockslaw.com


**Plaintiffs in *Danielsen v. National Railroad Passenger Corp*., No. 2:15-cv-03736-LDD (E.D.Pa.):**

Marc P. Weingarten, Esq.
Locks Law Firm
601 Walnut St Ste 720 East
Philadelphia, Pa 19106
215-893-3410
Fax: 215-893-3444
mweingarten@lockslaw.com


**Plaintiffs in *Baum v. National Railroad Passenger Corp., No.* 2:15-cv-03853-LDD (E.D.Pa.):**

James C. Munley, Esq.
Munley Law, PC
The Forum Plaza
227 Penn Ave
Scranton, Pa 18503
570-346-7401
cmunley@munley.com

**Plaintiffs in** *Saia, et al v. National Railroad Passenger Corp.*, **No. 2:15-cv-03934-LDD (E.D.Pa):**

Sal Cognetti, Jr., Esq.
Vincent S. Cimini, Esq.
Cognetti & Cimini
Scranton Electric Bldg., 7th Floor
507 Linden Street
Scranton, Pa 18503
(570) 346 – 0745
salcognettijr@comcast.net
vincentscimini@comcast.net

**Plaintiff in** *Gerald v. National Railroad Passenger Corp.,* **No. 2:15-cv-04064-LDD (E.D.Pa):**

James J. McEldrew, III, Esq.
McEldrew Young Law
123 S. Broad Street Suite 1920
Philadelphia, PA 19109
jim@mceldrewlaw.com


**Plaintiff in** *Trapani v. National Railroad Passenger Corp.,* **No. 2:15-cv-04119-LDD (E.D.Pa):**

Carol S. Harding, Esq.
Earp Cohn PC
1725 Spruce Street
Philadelphia, PA 19103-6149
csharding@earpcohn.com


**Plaintiff in** *Jacobs v. National Railroad Passenger Corp.*, **No. 2:15-cv-04227-LDD (E.D.Pa):**

Thomas R. Kline, Esq.
Charles L. Becker, Esq.
Patrick J. Fitzgerald, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Phone: 215-772-1000
tom.kline@klinespecter.com
charles.becker@klinespecter.com
patrick.fitzgerald@klinespecter.com


**Plaintiff in** *Tulk, et al v. National Railroad Passenger Corp.*, **No. 2:15-cv-04354-LDD (E.D.Pa):**

Jonathan Schochor, Esq.
Lauren A. Schochor, Esq.
Schochor Federico & Staton Pa
The Paulton
1211 St Paul Street
Baltimore, MD 21202

410-234-1000
jschochor@sfspa.com
lschochor@sfspa.com

Read Mccaffrey, Esq.
Liddle & Robinson LLP
800 - 3rd Ave 8th Fl
New York, NY 10022
212-687-8500
read.mccaffrey@aol.com

Evan K. Aidman, Esq.
Evan K. Aidman Law Offices
822 Montgomery Ave Suite 210
Narberth, Pa 19072
215-563-7088
evan@legalaidman.com


**Plaintiffs in *Buyukkoc v. National Railroad Passenger Corp.*, No. 2:15-cv-04361 LDD (E.D.Pa):**

James R. Ronca, Esq.
Anapol Schwartz
1710 Spruce St
Philadelphia, Pa 19103
215-735-1130
jronca@anapolschwartz.com


**Plaintiffs in *Morgan, et al v. National Railroad Passenger Corp.*, No. 2:15-cv-04566-LDD (E.D.Pa):**

Joseph E. O'Neil, Esq.
Lavin O'Neil Cedrone & Disipio
190 N. Independence Mall West
6th & Race Sts., Suite 500
PHILADELPHIA, PA 19106
215-627-0303
joneil@lavin-law.com


**Plaintiffs in *Bean, et al v. National Railroad Passenger Corp.*, No. 2:15-cv-04894-LDD (E.D.Pa):**

Matthew C. Monroe, Esq.
The Barrist Firm, LLC
1622 Spruce Street
 Philadelphia, Pa 19103
267-217-6033
mm@sprucelaw.com


 **Plaintiffs in *Aguilar v. National Railroad Passenger Corp.,* No. 2:15-cv-04997-LDD (E.D.Pa):**

Jordan K. Merson, Esq.
Kramer Dillof Livingston & Moore
217 Broadway

New York, NY 10007
212-267-4177
jmerson@kdlm.com

**Plaintiffs in *Darby v. National Railroad Passenger Corp.*, No. 2:15-cv-04998-LDD (E.D.Pa):**

Jordan K. Merson, Esq.
Kramer Dillof Livingston & Moore
217 Broadway
New York, NY 10007
212-267-4177
jmerson@kdlm.com

**Plaintiffs in *Zemser, et al v. National Railroad Passenger Corp.*, No. 2:15-cv-04999-LDD (E.D.Pa):**

Jordan K. Merson, Esq.
Kramer Dillof Livingston & Moore
217 Broadway
New York, NY 10007
212-267-4177
jmerson@kdlm.com

**Plaintiffs in *Aranda, et al v. National Railroad Passenger Corp.*, No. 2:15-cv-05000-LDD (E.D.Pa):**

Jordan K. Merson, Esq.
Kramer Dillof Livingston & Moore
217 Broadway
New York, NY 10007
212-267-4177
jmerson@kdlm.com

**Plaintiffs in *Ardu v. National Railroad Passenger Corp.*, No. 15-07137 (S.D.N.Y.):**

Raquel J. Greenburg, Esq.
Greenberg Law P.C.
370 Lexington, Ave., Suite 801
New York, NY 10017
212-972-5656
info@greenberglawpc.com

        /s/ Charles L. Becker
Thomas R. Kline, Esq.
Charles L. Becker, Esq.
Patrick J. Fitzgerald, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
tom.kline@klinespecter.com
charles.becker@klinespecter.com
patrick.fitzgerald@klinespecter.com

(215) 772-1000 (phone)
(215) 772-1395 (facsimile)

Attorneys for Plaintiffs Blair Berman in *Berman* v. *National Railroad Passenger Corp.*, No. 2:15-cv-02741-LDD (E.D.Pa.)

Attorneys for Plaintiffs Geralyn Ritter and Jonathan Ritter in *Ritter* v. *National Railroad Passenger Corp.*, No. 2:15-cv-023478-LDD (E.D.Pa.)

Attorneys for Plaintiffs Danna Gildersleeve, individually and as Personal Representative of the Estate of Robert Gildersleeve, Jr. Deceased v. National Railroad Passenger Corp., No. 2:15-cv-03626-LDD (E.D.Pa.)

Attorneys for Plaintiffs Todd Waldman, individually and as Personal Representative of the Estate of Rachel Jacobs, Deceased v. National Railroad Passenger Corp., No. 2:15-cv-04227-LDD (E.D.Pa)

Robert J. Mongeluzzi, Esq.
Larry Bendesky, Esq.
Andrew R. Duffy, Esq.
Adam J. Pantano, Esq.
Jeffrey P. Goodman, Esq.
Robert W. Zimmerman, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103
rjmongeluzzi@smbb.com
lbendesky@smbb.com
aduffy@smbb.com
ajpantano@smbb.com
jgoodman@smbb.com
rzimmerman@smbb.com
(215) 496-8282 (phone)
(215) 496-0999 (facsimile)

Attorneys for Felicidad Iban, Daniel Armyn, Nicole Armyn, Amy Miller, Maria Iban, and Mariana Estrades in *Iban* v. *National Railroad Passenger Corp.*, No. 2:15-cv-02744-LDD (E.D.Pa.)

Attorneys for Tom Stadnik, Jen Stadnik, Samantha Pincus, Catherine Greenman, James Greenman, Martin Burke, and Ann Moyer in *Stadnik* v. *National Railroad Passenger Corp.*, No. 2:15-cv-03495-LDD (E.D.Pa.)

Dated: September 22, 2015