UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMTRAK TRAIN DERAILMENT IN
PHILADELPHIA, PENNSYLVANIA, ON MAY 12,
2015                                                                                          MDL No. 2654

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 13, 2015, the Panel transferred 6 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Legrome D Davis.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Davis.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 13, 2015, and, with the consent of that court, assigned to the Honorable Legrome D Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AMTRAK TRAIN DERAILMENT IN PHILADELPHIA, PENNSYLVANIA, ON MAY 12, 2015      MDL No. 2654

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 15−01168 | LEVINE et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| MARYLAND | | | |
| MD | 1 | 15−01925 | Kim et al v. National Railroad Passenger Corporation (AMTRAK) |
| MD | 1 | 15−02091 | Pierre et al v. National Railroad Passenger Corporation |
| MD | 1 | 15−02092 | Witham et al v. National Railroad Passenger Corporation (AMTRAK) |
| MD | 8 | 15−02088 | Gilani v. NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK |
| MD | 8 | 15−02862 | Balcerzak v. National Railroad Passenger Corporation |
| NEW JERSEY | | | |
| NJ | 2 | 15−05325 | RITRIVI et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| NJ | 2 | 15−05507 | KESSLER et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| NJ | 2 | 15−06214 | ALPERT et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| NJ | 3 | 15−06138 | GARLAND v. NATIONAL RAILROAD PASSENGER CORPORATION |
| NEW YORK EASTERN | | | |
| NYE | 1 | 15−03765 | Nixon v. National Railroad Passenger Corporation (Amtrak) |
| NYE | 1 | 15−05096 | Mombelli et al v. National Railroad Passenger Corporation |
| NYE | 2 | 15−04877 | M.I. et al v. National Railroad Passenger Corporation |
| NEW YORK SOUTHERN | | | |

| | | | |
|---|---|---|---|
| NYS | 1 | 15−05265 | Lee et al v. National Railroad Passenger Company (Amtrak) et al |
| NYS | 1 | 15−05270 | Abessolo v. National Railroad Passenger Corporation |
| NYS | 1 | 15−05402 | Shah v. National Railroad Passenger corporation a/k/a AMTRAK |
| NYS | 1 | 15−05406 | Jaffrey v. National Railroad Passenger corporation a/k/a AMTRAK |
| NYS | 1 | 15−05416 | Thadhani v National Railroad Passenger Corporation |
| NYS | 1 | 15−06222 | Comer et al v. National Railroad Passenger Corp. |
| NYS | 1 | 15−06264 | Darryus Griffith, v. National Railroad Passenger Corporation |
| NYS | 1 | 15−06282 | Radice v. National Railroad Passenger Corporation, d/b/a AMTRAK |
| NYS | 1 | 15−06724 | Floyd et al v. National Railroad Passenger Corp. |
| NYS | 1 | 15−07137 | Ardu v. National Railroad Passenger Corporation (Amtrak) |